

Chicago
New York
Washington, DC
London
San Francisco
Los Angeles
Singapore
vedderprice.com

Anthony J. Ashley
Shareholder
+1 312 609 7884
aashley@vedderprice.com

October 22, 2019

Honorable Sharon Johnson Coleman
Northern District of Illinois
U.S. District Court
219 S. Dearborn Street
Chicago, IL  60604

**Re:**   **Green v. Valdez, et al. – 18 C 05858**
         **Green v. Boedigheimer, et al. – 18 C 08269**

Dear Judge Coleman:

On Friday, October 11, 2019, this Court appointed me as trial counsel in both above-referenced matters currently pending before this Court.  Although the plaintiff is the same in both cases, these matters are separate lawsuits with different claims against different defendants.

On Monday, October 14, 2019, I contacted your courtroom deputy, Yvette Montanez, and inquired whether my appointment to both cases was intentional or in error because Northern District of Illinois Local Rule 83.11(g) provides that "appointments under rule shall be made in a manner such that no member of the trial bar shall be required to accept more than one appointment during any 12 month period."  When I spoke with Ms. Montanez, she advised that she would speak with you and get back to me, but to date I have not yet heard back.  I contacted her again on Monday October 22, 2019, and left a follow up message with no response.

I am more than willing to fulfill my trial bar obligation and accept appointment in one of these matters, but unfortunately, my current client commitments and the Northern District of Illinois Local Rules do not permit me to accept appointment in both matters.

If you decide that I should accept the appointment in *Green v. Valdez*, 18-C-05858, the docket reveals that there is a fact discovery cut off set for November 22, 2019.  Your minute order on October 8, 2019, notes that there will be no further extensions of fact discovery.  I have already been contacted by defense counsel attempting to schedule depositions of Mr. Green's treating physician for November 11, 2019, and I have confirmed that no depositions of any defense witness has been taken thus far.  If the current discovery cut off stands, I would have serious concerns about my ability to effectively represent Mr. Green given my current commitments without the current schedule being extended.  If you select this case for my appointment, I can certainly file a motion to extend the case management schedule so that I can have sufficient time to adequately represent Mr. Green.

222 North LaSalle Street  |  Chicago, Illinois 60601  |  T +1 312 609 7500  |  F +1 312 609 5005

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, and Vedder Price Pte. Ltd., which operates in Singapore.

CHICAGO/#3369707.1

Honorable Sharon Johnson Coleman
October 22, 2019
Page 2

I would appreciate the opportunity to discuss this matter with the Court at its earliest convenience, or further direction as to how you would like me to proceed. Thank you in advance for your cooperation in this matter.

Very truly yours,

Anthony J. Ashley
Shareholder

AJA/kdp
cc: Michael Mulcahy, Esq.
 Vedder Price P.C. – General Counsel
 All Defense Counsel of Record
 Cassidy J. Green (#126286)