**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Cassidy J. Green

                              Plaintiff,

v.                                                      Case No.: 1:18−cv−08269
                                                         Honorable Sharon Johnson Coleman

Josh Boedigheimer, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 22, 2020:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 1/22/2020. Counsel requested that the stay remain pending plaintiff's state court case. The Court orders the stay to remain. Plaintiff is granted permission to issue third−party subpoenas. Status hearing set for 4/27/2020 at 9:00 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.